# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

153828(95)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

THEODORE PAUL WAFER,
     Defendant-Appellant.

_____/

SC: 153828
COA: 324018
Wayne CC: 14-000152-FC

On order of the Chief Justice, the motion of Aaron Cyars to file a corrected brief amicus curiae is GRANTED. The corrected amicus brief submitted on June 22, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2021



Clerk